IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>        Defendants. | 8:20CV282<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's motion to file a second amended complaint (Filing 12) is granted. Plaintiff shall have 30 days in which to file a signed version of the proposed pleading (Filing 12-1). When filed, the second amended complaint will supersede all prior pleadings and will be reviewed by the court to determine whether summary dismissal is appropriate under 28 U.S.C. §§ 1915(e) and 1915A, or whether this matter should proceed to service of process.

2. Plaintiff's request for service (Filing 3) is denied without prejudice. If this case is allowed to proceed, the court will arrange for service of process by the United States Marshals Service.

3. The Clerk of the Court is directed to set the following pro se case management deadline: February 26, 2021, check for second amended complaint.

Dated this 27th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge