IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, DR. BRANDON HOLLISTER, DR. JEFFREY KASSELMAN, DR. NATALIE BAKER, DR. MEREDITH GRIFFIN, DR. SEAN SEARS, and DR. JASON OURADA,<br><br>Defendants. | 8:20CV282<br><br>**ORDER** |

IT IS ORDERED that Defendants' motion for extension of time (Filing 24) is granted. The movants shall have until June 25, 2021, to respond to Plaintiff's Second Amended Complaint.

Dated this 21st day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge