IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>        Defendants. | 8:20CV282<br><br>ORDER |

IT IS ORDERED that Defendant Dr. Natalie Baker's motion for extension of time (Filing 50) is granted. She shall have until August 31, 2021, to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Dated this 17th day of August 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

1