IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>Defendants. | 8:20CV282<br><br><br><br>ORDER |

IT IS ORDERED that Defendant Dr. Meredith Griffin's motion for extension of time (Filing 58) is granted. Defendant shall have until September 22, 2021, to respond to Plaintiff's Amended Complaint.

Dated this 2nd day of September 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge