IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>        Defendants. | 8:20CV282<br><br>**ORDER** |

IT IS ORDERED that:

1. Filing 83, Defendants' motion to withdraw counsel, is granted. Katherine O'Brien, Assistant Attorney General, is permitted to withdraw as counsel of record for Defendants.

2. Filing 84, a motion for extension of time filed by Defendants Scott Frakes, Dr. Brandon Hollister, Dr. Jeffrey Kasselman, Dr. Natalie Baker, Dr. Meredith Griffin, Dr. Sean Sears, and Dr. Jason Ourada, is granted. Said Defendants, and any other Defendants for whom the Nebraska Attorney General is authorized to appear without service of summons, shall have until March 11, 2022, to answer or otherwise respond to Plaintiff's Third Amended Complaint (Filing 77).

Dated this 25th day of January 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge