IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>          Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>          Defendants. | 8:20CV282<br><br>**MEMORANDUM AND ORDER** |

    Defendants have filed a motion for a 3-day extension of time (Filing 87) to answer or otherwise plead to Plaintiff's Third Amended Complaint, because they were unable to file documents on March 11, 2022, due to a nationwide service disruption of the federal judiciary's PACER and CM/ECF electronic filing system. The court finds the motion should be granted under Federal Rule of Civil Procedure 6(b)(1)(B) because Defendants were unable to file due to circumstances beyond their control.

    IT IS THEREFORE ORDERED that Defendants' motion for extension of time (Filing 87) is granted and, accordingly, that all motions to dismiss and supporting briefs filed by Defendants on March 14, 2022 (Filings 89 through 96), are considered timely.

    Dated this 15th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge