IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>       Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>       Defendants. | 8:20CV282<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's Motion for Clerk's Entry of Default Against Defendants (Filing 98) is denied.

    Dated this 22nd day of March, 2022.

                                BY THE COURT:

                                *Richard G. Kopf*
                                Richard G. Kopf
                                Senior United States District Judge