IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>        Defendants. | 8:20CV282<br><br>**ORDER** |

    IT IS ORDERED that Defendants' motion for extension of time (Filing 102) is granted. Defendants shall have until April 8, 2022, to file a reply brief regarding their pending motions to dismiss.

    Dated this 29th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge