IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RAYSEAN BARBER, | 8:20CV282 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SCOTT FRAKES, et al., | |
| Defendants. | |

    IT IS ORDERED that Defendants' motion for extension of time (Filing 104) is granted. Defendants shall have until April 15, 2022, to file a reply brief regarding their pending motions to dismiss.

    Dated this 6th day of April 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge