IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>        Defendants. | 8:20CV282<br><br>**ORDER** |

IT IS ORDERED:

1. Defendants' motion for extension of time (Filing 133) is granted, and they shall have until October 18, 2022, to respond to Plaintiff's Filing 130.

2. Defendants' previously filed motion for extension of time (Filing 132) is denied without prejudice, as moot.

Dated this 17th day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge